In the Matter of the Application of PATRICK JOSEPH FITZHENRY, Petitioner, for a Certiorari Order against JOHN DORMAN, Fire Commissioner of the City of New York, Respondent.— Determination of the fire commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Petition of ELEANOR E. HOPNER and Another, to Render and Settle Their Accounts as Trustees under the Last Will and Testament of LEWIS HOPNER, Deceased, and for the Construction of the Will of Deceased. EDITH HOPNER, as Executrix, etc., of ROBERT H. HOPNER, Deceased, Appellant; ELEANOR E. HOPNER and Another, as Trustees, etc., and Others, Respondents.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondents payable out of the estate, on opinion of Hon. George Albert Wingate, surrogate. [148 Misc. 748.] Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of CHARLES M. MILLER, Deceased, as Administrator, etc., of CATHERINE MARIA KOPF, Deceased. MARY K. MILLER, Executrix of the Estate of CHARLES M. MILLER, Deceased Administrator, Appellant; T. DARRINGTON SEMPLE, Limited Administrator d. b. n. of the Estate of CATHERINE MARIA KOPF, Deceased, and Others, Respondents.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

In the Matter of the Petition of JOSEPH LISKIN, Appellant, for a Dissolution of STANDARD CORRUGATED CASE CORPORATION. HARRY LEVINE and Another, Respondents.— Order denying motion to dissolve a corporation modified by striking out the provision for " injury and damage suffered by respondents by reason of the application herein." As thus modified, the order is affirmed, without costs. This being a special proceeding, there is no power to provide for damage. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

In the Matter of Construing the Last Will and Testament of AUGUSTINA ULMAN, Deceased. MULLA ULMAN, Petitioner, Appellant; SUNSHINE ULMAN, Individually and as Executrix, etc., of AUGUSTINA ULMAN, Deceased, and Others, Respondents. — Resettled decree of the Surrogate's Court of Rockland county modified by striking out the provision that the corpus of the fund given in trust under " Paragraph Second-A " belongs to the husband of the testatrix, and providing in lieu thereof that upon his death the remainder of the corpus of the trust fund, if any, passes under the laws governing intestacy, and as so modified unanimously affirmed, with costs, payable out of the estate, to each party filing a brief. Read in the light of the foregoing absolute gift of $2,000, the testatrix's directions to make the income of the balance and, in certain contingencies during his lifetime, the corpus itself, available to her husband, Ira Ulman, clearly show that she did not intend an absolute gift of the trust fund to him; so that the remainder, if any, upon his death, passes under the laws governing intestacy, for there is no testamentary disposition thereof. We are also of opinion that such trusts as are created by the third paragraph of the will do not violate the rule against perpetuities. (Matter of Horner, 237 N. Y. 489; Matter of Trevor, 239 id. 6, 15.) Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.